Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona  85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ADRAN MORGA MARICHE a/k/a NICHOLAS VLISIDES | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | **(Non-Payment of Overtime and Non-Payment of Wages)** |
| PHOENIX OIL, LLC; WILLIAM J. DONOVAN, III; KRISTEN B. DONOVAN; JAMES J. GAFFNEY, | |
| Defendants. | |

## GENERAL ALLEGATIONS

1. Jurisdiction is based upon the Fair Labor Standards Act, 29 U.S.C. §216.

2. Plaintiff is a resident of Maricopa County, Arizona.

3. Defendant Phoenix Oil, LLC is a limited liability company doing business in Maricopa County, Arizona.

4. The individually named Defendants reside in Maricopa County, Arizona and caused events to occur in Maricopa County, Arizona out of which this cause of action arose.

5. The individual Defendants are personally liable as "employers" within the meaning of 29 U.S.C. §203.

6. The events giving rise to these causes of action occurred within approximately the last three years and in Maricopa County, Arizona.

7. Venue is proper in the United States District Court in Phoenix, Arizona.

## FIRST CLAIM FOR RELIEF

1. Plaintiff incorporates by reference herein the preceding allegations.

2. Plaintiff worked for Defendant within the last three years.

3. Within the last three years, Plaintiff has not been paid at the statutorily required rate of 1-1/2 times his normal rate of pay for all hours worked in excess of 40 hours in one week.

4. Plaintiff is entitled to double the amount due under the Fair Labor Standards Act, 29 U.S.C. §216(b) because Defendants' conduct was willful.

5. Plaintiff is entitled to reasonable attorneys' fees and costs pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), and A.R.S. §12-341.01.

6. Plaintiff is also entitled to three times the amount of the unpaid wages pursuant to A.R.S. §23-355 (for one year prior to the filing of this Complaint).

## SECOND CLAIM FOR RELIEF

1. All preceding allegations of the Complaint are incorporated by reference herein.

2. During Plaintiff's employment, he was not paid for certain hours worked.

3. Plaintiff was supposed to be paid for all of his hours worked, but Defendants have failed and refused to pay Plaintiff all wages due him.

4. Plaintiff is entitled to three times the amount due him as unpaid wages under A.R.S. §23-355 (for one year preceding the filing of this Complaint).

WHEREFORE Plaintiff requests judgment against Defendants as follows:

1. For damages in an amount to be determined at trial for his overtime pay, with interest thereon at the legal rate from the date of delinquency until paid;

2. For double the amount of the overtime which was not paid as provided by the Fair Labor Standards Act;

3. For three times the amount of the unpaid overtime as provided by the treble damage statute, A.R.S. §23-355;

4. For unpaid wages with interest thereon from the date of delinquency until paid at the legal rate per annum for all commissions not paid;

5. For three times the amount of the unpaid wages pursuant to A.R.S. §23-355;

6. For attorneys' fees and costs pursuant to the Fair Labor Standards Act and A.R.S. §12-341.01; and,

7. For such further relief as this Court deems appropriate.

DATED this 14th day of March, 2013.

/s/ Guy D. Knoller
_____
Guy D. Knoller
Law Offices of Guy David Knoller, P.L.L.C.
Attorney for Plaintiff

ORIGINAL of the foregoing filed this 14th day of March, 2013, with:

Clerk of the Court
United States District Court

/s/ Debbie A. Wallen
_____
Debbie A. Wallen