# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Adran Morga Mariche,

        Plaintiff,

v.

Phoenix, Oil, LLC, et al.,

        Defendants.

No. CV-13-00550 PHX-DLR

**ORDER OF DISMISSAL WITH PREJUDCE**

Pursuant to the stipulation of the parties, and good cause appearing,

**IT IS ORDERED** granting the Stipulation to Dismiss with Prejudice (Doc. 56).

**IT IS FURTHER ORDERED** dismissing this case with prejudice, with each party responsible for his, her or its own costs and attorneys' fees.

Dated this 1st day of August, 2014.

_____
Douglas L. Rayes
United States District Judge